LITTLE v. HAMMON.

If the defendant does not appear at the return of the writ, the justice cannot proceed in the cause until there is proof of the service of the summons.

*Certiorari* to Justice Vankirk.

It appeared from the return that Little, the defendant below, did not appear before the justice either on the day on which the summons was returnable, or on that to which the cause had been adjourned ; and that the justice proceeded to examine the cause, and gave judgment, without any proof that the writ had been regularly served upon him.

PER CUR.   The act requires that proof be made of regular service.   Reverse the judgment.

Judgment reversed.

---

BOND AND HUNT v. BALDWIN.

In an action on a promise made to the wife, when sole, she must join.

*Certiorari* to Justice Helms.

It appearing that this action was brought by Baldwin, on a promise to his wife when sole—

PER CUR.   The wife ought to have been joined.   Reverse the judgment.

Judgment reversed.